IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE BAZAAR, INC. <br>         Plaintiff/Counter-Defendant, <br> v. <br> K.I.D. INTERNATIONAL, INC. a/k/a Kid International <br>         Defendant/Counter-Plaintiff. | No. 16 CV 11399 |

## NOTICE OF MOTION

TO:    K.I.D. INTERNATIONAL, INC. A/K/A KID INTERNATIONAL
         ATTN: JACOB "ROCKY" STEFANSKY, 32 CHESTNUT ST, FARMINGDALE, NJ 07727

         LAW OFFICES OF SCHNEIDER AND STONE
         MATTHEW STONE, 8424 SKOKIE BLVD. # 200, SKOKIE, IL 60077
         mstone@windycitylawgroup.com

     PLEASE TAKE NOTICE that on March 22, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge ALONSO, or any Judge sitting in his stead in Courtroom 1219 of the U.S. District Court for the Northern District of Illinois – Eastern Division, 219 S. Dearborn, Chicago, IL 60604, and then and there present Plaintiff's **Motion for Order of Judgment and Rule to Show Cause,** a copy of which is attached hereto and hereby served upon you.

                                                                _____
                                                                DOUGLAS C. GIESE

## CERTIFICATE OF SERVICE

     I, Douglas C. Giese, certify that I caused to be mailed a copy of the above-referenced document and Notice thereof to be served upon the above listed party(ies) by depositing the same in the U.S. Mail, proper postage prepaid, located at 29 N. Wacker Drive, Chicago, Illinois 60606, on March 16, 2018 before 5:00 p.m.

                                                               _____
                                                               DOUGLAS C. GIESE

MARKOFF LAW LLC
Robert G. Markoff
Douglas C. Giese (ARDC #6242975)
Attorneys for Plaintiff
29 N. Wacker Drive # 1010
Chicago, IL 60606
Tel. (312) 698-7300 - Fax. (312) 698-7399
service@markofflaw.com

281245    CBL / CLD

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

THE BAZAAR, INC.
                Plaintiff/Counter-Defendant,      No. 16 CV 11399
v.
K.I.D. INTERNATIONAL, INC. a/k/a Kid International
                Defendant/Counter-Plaintiff.

## MOTION FOR ORDER OF JUDGMENT AND RULE TO SHOW CAUSE

NOW COMES Plaintiff/Counter-Defendant, THE BAZAAR, INC. ("BAZAAR"), by its attorneys, MARKOFF LAW, LLC., and as and for its Motion for Entry of Order of Judgment in the amount outlined in the Confidential Settlement Agreement to be provided for *in camera* inspection, in favor of Plaintiff/Counter-Defendant BAZAAR and against Defendant/Counter-Plaintiff K.I.D. INTERNATIONAL, INC. a/k/a Kid International ("KID"), and for Rule to Show Cause against Defendant/Counter-Plaintiff KID to show cause why it should not be held in contempt of court for failing to comply with the terms of the Settlement Agreement reached February 1, 2018 and exchanged February 13, 2018. In support of its motion, Plaintiff states as follows:

1. On November 10, 2016, Plaintiff/Counter-Defendant BAZAAR filed a Complaint in state court seeking damages for unpaid good in the amount of $278,354.73. *See* Exhibit "1" attached hereto.

2. In response to the Complaint, on December 15, 216, Defendant/Counter-Plaintiff KID removed the State Court Matter to Federal Court under the theory of diversity jurisdiction (*see* Exhibit "2" attached hereto), and thereafter, on January 19, 2017, KID filed an Answer to the Complaint, and raised several affirmative defenses and counter-claims. *See* Exhibit "3" attached hereto.

3. Pursuant to Order of Court dated July 10, 2017, this matter was referred to Judge Susan Cox for purposes of holding a settlement conference. *See* Exhibit "4" attached hereto.

4. Such settlement conference was held, and as a result, this matter was settled. *See* Exhibit "5" attached hereto.

5. While the specific terms and conditions of the settlement were deemed confidential pursuant to the *Settlement Checklist/Terms Sheet* executed between the Parties and their Counsel (the

"Settlement Terms Sheet"), pursuant to the Settlement Terms Sheet (a true and correct copy of which will be provided to this Court for *in camera* inspection at the time the instant Motion is presented), the Settlement Funds were to be paid within 30-days of February 1, 2018, or on or before Friday, March 2, 2018, and pursuant to the terms of the Settlement Agreement reached between the Parties (a true and correct copy of which will be provided to this Court for *in camera* inspection at the time the instant Motion is presented), such payment was to be paid on or before Monday, March 5, 2018 in order to avoid issues with any and issues related to any Jewish Religious events which occur on Fridays.

6. Despite such Agreement, KID has failed to make the required payment, and Counsel for KIID has been unable to provide a date certain for such payment to be received, or otherwise provide a reasonable basis for such failure to comply with the Settlement Terms Sheet and Settlement Agreement.

7. As a result of the unreasonable conduct of KID, BAZAAR respectfully requests that this Court enter an Order of Judgment in its favor and against KID for the amount outlined and contained in both the Settlement Terms Sheet and Settlement Agreement, in order to allow this matter to be closed, and allow BAZAAR to enforce such Judgment.

8. Additionally, BAZAAR request that this Court require KID, and specifically, Rockey Stefanski, its President, who personally appeared for the settlement conference and acknowledged and affirmed both the Settlement Terms Sheet and Settlement Agreement, to appear before this Court and show cause why he should not be held in contempt of Court for his conduct in failing or refusing to comply with both the Settlement Terms Sheet and Settlement Agreement, despite the fact that it was KID who sought to have this matter proceed before this Court, rather than in State Court.

WHEREFORE, Plaintiff/Counter-Defendant THE BAZAAR, INC. requests that this Court enter an Order which:

    a. enters an Order of Judgment in its favor and against Defendant/Counter-Plaintiff K.I.D. INTERNATIONAL, INC. a/k/a Kid International in the amount outlined in the confidential Settlement Terms Sheet and Settlement Agreement;

    b. issues a Rule to Show Cause against Defendant/Counter-Plaintiff K.I.D. INTERNATIONAL, INC. a/k/a Kid International, and specifically, against ROCKY

STEFANSKI, for their failure to pay the settlement funds on or before the close of business on March 5, 2016;

c. requires ROCKY STEFANSKI, as President of Defendant/Counter-Plaintiff K.I.D. INTERNATIONAL, INC. a/k/a Kid International, to appear in Court and personally show cause why he should not be held in contempt of court for his conduct to date;

d. Award Plaintiff/Counter-Defendant THE BAZAAR, INC. all of its attorneys' fees and costs incurred in connection with enforcement of the Settlement Terms Sheet and Settlement Agreement; and,

e. which awards all such further or other relief as this Court deems just and equitable.

Respectfully submitted,

Plaintiff/Counter-Defendant THE BAZAAR, INC.

By: _____
One of its Attorneys

MARKOFF LAW LLC
Robert G. Markoff
Douglas C. Giese (ARDC #6242975)
Attorneys for Plaintiff
29 N. Wacker Drive # 1010
Chicago, IL 60606
Tel. (312) 698-7300 - Fax. (312) 698-7399
service@markofflaw.com